RE: ANTHONY MCNEASE SR              ) Case No. 15 B 23766
                                      )
                     Debtor    ) Chapter 13
                                      )
                                      ) Judge: CAROL A DOYLE

## NOTICE OF MOTION

ANTHONY MCNEASE SR                         CUTLER & ASSOC
                                             via Clerk's ECF noticing procedures

3518 W HURON
CHICAGO, IL  60624

Please take notice that on December 03, 2019 at 10:00 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 01, 2019.

                                    /s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1.       Debtor (s) filed the above-captioned Chapter 13 case on July 13, 2015.

2.       The debtor(s) filed a previous Chapter 7 case, # 14-25927 filed on
          Jul 15, 2014, discharge having been issued on Nov 04, 2014.

3.       Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
          (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
          (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

                                  Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                        /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900