Form dschntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15−23766
Chapter: 13
Judge: Carol A. Doyle

In Re:
   Anthony McNease Sr.
   3518 W Huron
   Chicago, IL 60624

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8445

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On December 03, 2019 , the Court signed an order:

- ○ Vacating the Discharge
- ● Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: December 4, 2019           Jeffrey P. Allsteadt , Clerk
                                  United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony McNease, Sr.  
    Debtor

Case No. 15-23766-CAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: rruiz1      Page 1 of 1      Date Rcvd: Dec 04, 2019  
                       Form ID: dschntc      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.

```
db             +Anthony McNease, Sr.,    3518 W Huron,    Chicago, IL 60624-1343
23480818        City of Chicago (parking),    Depart of Finance,    PO Box 88290,    Chicago, IL 60680-1290
23480819       +City of Chicago - Water,    333 S State Street, Ste 410,    Chicago, IL 60604-3983
23706394       +City of Chicago Department of Finance,    Bureau of Water Billing and,    Customer Service,
                 333 South State Street - Suite 330,    Chicago, Illinois - IL 60604-3965
23480820       +Cook County Treasurer,    PO BOX 4468,    Carol Stream, IL 60197-4468
23480821       +Illinois Tollway,    2700 Ogden Ave,    Downers Grove, IL 60515-1703
23480823       +Title Max of Illinois,    7205 W 63rd St,    Summit Argo, IL 60501-1819
24058567        US Department of Education,    P O Box 16448,    Saint Paul, MN 55116-0448
23480824       +White Elm LLC,    c/o STEPHEN DEELY,    120 N LASALLE ST 29TH FLOOR,    Chicago, IL 60602-2424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
23588984       +E-mail/Text: Harris@ebn.phinsolutions.com Dec 05 2019 01:29:35
                 City Of Chicago Department of Revenue,    c/o Arnold Scott Harris P.C.,
                 111 W Jackson Blvd Ste 600,    Chicago, IL 60604-3517
23721530       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 05 2019 01:28:21     Cook County Treasurer,
                 118 N. Clark St., RM 112,    Chicago, IL 60602-1590
23480822       +E-mail/PDF: pa_dc_claims@navient.com Dec 05 2019 01:36:02      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
23574152        E-mail/Text: BankruptcyNotices@titlemax.com Dec 05 2019 01:28:43
                 TitleMax of Illinois, INC. d/b/a TitleMax,    15 Bull Street, Suite 200,    Savannah, GA 31401
                                                                                             TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

```
              David H Cutler    on behalf of Debtor 1 Anthony  McNease, Sr. cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3
```